**UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| **MIZZOU STUDENTS FOR JUSTICE IN PALESTINE**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CATHERINE L. HANAWAY,** in her official capacity as Attorney General for the State of Missouri, and in her individual capacity,<br><br>*Defendant*. | Case No. 2:26-cv-04315-BP<br>Hon. Judge Beth Philips<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Mizzou Students for Justice in Palestine, by and through undersigned counsel, respectfully moves for a temporary restraining order and preliminary injunction against Defendant Catherine Hanaway in her official capacity as Attorney General for the State of Missouri. Plaintiff files this motion pursuant to Counts I and II of its complaint, ECF No. 1, for preliminary relief enjoining Defendant Attorney General Catherine Hanaway from enforcing the September 23, 2026, Civil Investigative Demand against it. Oral argument is requested on the preliminary injunction motion only.

Dated: November 20, 2026

Respectfully submitted,

/s/ Lena Masri

**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (VA 93291)^
lmasri@cairldf.com

Gadeir Abbas*(VA 81161) ^
gabbas@cairldf.com
John M. Fossum (VA 101583)^
jfossum@cairldf.com
Ahmad Kaki (VA 101167)^
akaki@cairldf.com
Arianna Khan (DC 90040577)^
ariannakhan@cairldf.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833
** Licensed in VA, not D.C.*
*Practice limited to federal matters*
*^ Pro hac vice applications forthcoming*

/s/ Benjamin J. Wilson
*Sponsoring Attorney under L.R. 83.5*

**FIRST AMENDMENT CLINIC,**
**Washington University School of Law**
Benjamin J. Wilson (MO 63329)
benwilson@wustl.edu
Lisa S. Hoppenjans (MO 63890)
lhoppenjans@wustl.edu
One Brookings Drive
St. Louis, MO 63130
Phone: (314) 935-8980

*COUNSEL FOR PLAINTIFF*